■ In the Matter of the Application for Discharge of MIGUEL COLON, Consecutive No. 177673, from Central New York Psychiatric Center Pursuant to Mental Hygiene Law Section 10.09, Appellant, v STATE OF NEW YORK, NEW YORK STATE OFFICE OF MENTAL HEALTH, et al., Respondents. [982 NYS2d 807]—Appeal from an order of the Supreme Court, Oneida County (Joseph E. Fahey, A.J.), entered November 1, 2012 in a proceeding pursuant to Mental Hygiene Law article 10. The order continued the commitment of petitioner to a secure treatment facility.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Centra, Fahey, Peradotto and Whalen, JJ.

■ NANCY MARRERO, Appellant-Respondent, v PAUL FREDERICK GANDOLFO, Respondent-Appellant and Third-Party Plaintiff Respondent-Appellant. ALBA A. BAEZ, Third-Party Defendant-Respondent-Appellant. [982 NYS2d 426]—Appeal and cross appeals from an order of the Supreme Court, Erie County (Timothy J. Drury, J.), entered March 25, 2013. The order denied the motions of the respective parties for summary judgment.

Now, upon reading and filing the stipulation to withdraw appeal signed by the attorneys for the parties,

It is hereby ordered that said cross appeal taken by third-party defendant is unanimously dismissed upon stipulation and the order is affirmed without costs. Present—Scudder, P.J., Centra, Fahey, Peradotto and Whalen, JJ.